# CASE ANNOUNCEMENTS

*May 13, 2011*

[Cite as *05/13/2011 Case Announcements*, 2011-Ohio-2319.]

## MOTION AND PROCEDURAL RULINGS

**1986–1976.   State v. Bedford.**
Hamilton App. No. C–840850. This cause came on for further consideration on the motion for stay of execution scheduled for May 17, 2011, which was filed by appellant on May 13, 2011. Therefore, in order to expedite this court's consideration of the motion, it is ordered by the court, sua sponte, that appellee shall file a response no later than 4 p.m. on Saturday, May 14, 2011.

# CASE ANNOUNCEMENTS

*May 16, 2011*

[Cite as *05/16/2011 Case Announcements*, 2011-Ohio-2315.]

## DISCIPLINARY CASES

**2009–2339.   Disciplinary Counsel v. Cantrell.**
It is ordered by this court, sua sponte, that Doreen Cantrell, Attorney Registration No. 0040032, last known business address in Willoughby, Ohio, is found in contempt for failure to comply with this court's order of May 20, 2010, to wit: failure to file an affidavit of compliance on or before June 21, 2010.

# CASE ANNOUNCEMENTS

*May 16, 2011*

[Cite as *05/16/2011 Case Announcements #2*, 2011-Ohio-2342.]

## MERIT DECISIONS WITHOUT OPINIONS

**2011–0761.   State ex rel. Rucci v. Curran.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition.
    Upon consideration of respondents' motion to dismiss and relators' emergency motion for stay of the trial court proceedings, it is ordered by the court that the motion to dismiss is granted and the emergency motion for stay is denied. Accordingly, this cause is dismissed.
    O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.